UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| CLAUDE MORRIS,<br><br>           Plaintiff,<br>  v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security Administration,<br><br>           Defendant. | CV 14-6618-SH<br><br>JUDGMENT |

    IT IS HEREBY ADJUDGED that the above captioned matter is reversed and remanded for further proceedings pursuant to Sentence 4 of 42 U.S.C. §405(g).

DATED: February 19, 2015

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE