LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CLAUDE REALUS MORRIS,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner Of Social Security,<br><br>    Defendant. | No.  CV 14 - 06618 SH<br><br>ORDER AWARDING EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND FIVE HUNDRED FORTY EIGHT DOLLARS AND 60/100 ($1,548.60) subject to the terms of the stipulation.

DATE:  4/17/2015    _____/S/_____

                      HON. SUZANNE H. SEGAL
                      UNITED STATES MAGISTRATE JUDGE